# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MANUEL GARCIA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AMGUARD INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No. 2:23-cv-00612-JCM-NJK<br><br>Order |

This case has been removed on diversity grounds. *See* Docket No. 1.

To assist federal courts in ensuring that diversity jurisdiction exists, the disclosure statement filed by each party "must name—and identify the citizenship of—every individual or entity whose citizenship is attributed to that party." Fed. R. Civ. P. 7.1(a)(2).[1] Defendant's certificate of interested parties fails to identify any party or entity's citizenship attributed to it. *See* Docket No. 2.

Accordingly, Defendant must file an amended certificate of interested parties by May 1, 2023, fully identifying the citizenship of any party or entity attributed to Defendant.

IT IS SO ORDERED.

Dated: April 24, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] This federal rule became effective on December 1, 2022.

1