1   STEPHEN J. ERIGERO (NV Bar No. 11562)
    TIMOTHY J. LEPORE (NV Bar No. 13908)
2   **ROPERS MAJESKI PC**
    3753 Howard Hughes Parkway, Suite 200
3   Las Vegas, Nevada 89169
    Phone:          (702) 954-8300
4   Facsimile:      (213) 312-2001
    Email:          stephen.erigero@ropers.com
5                   timothy.lepore@ropers.com

6   Attorneys for Defendant
    AMGUARD INSURANCE COMPANY
7

8                      **UNITED STATES DISTRICT COURT**

9                      **DISTRICT OF NEVADA – LAS VEGAS**

10

11  MANUEL GARCIA, individually,              **CASE NO. 2:23-cv-00612-JCM-NJK**

12              Plaintiff,                     *[Former Eighth Judicial District Case No. A-*
                                               *23-867516-C, Department 14]*
13          v.
                                               **STIPULATED DISCOVERY PLAN AND**
14  AMGUARD INSURANCE COMPANY, an              **SCHEDULING ORDER**
    insurance exchange; DOES I through X, and
15  ROE CORPORATIONS XI through XX,            **SUBMITTED IN COMPLIANCE WITH**
    Inclusive,                                 **LR 26-1(b)**
16
                Defendants.
17                                             Complaint Filed:  March 20, 2023

18          Defendant AMGUARD INSURANCE COMPANY ("AmGUARD") and Plaintiff

19  MANUEL GARCIA ("Garcia"), by and through their respective counsel of record, hereby submit

20  this proposed Stipulated Discovery Plan and Scheduling Order.

21          On Wednesday, May 10, 2023, the parties held a telephonic conference to comply with

22  Federal Rule of Civil Procedure 26(f) and Local Rule 26-1. The parties propose to the Court the

23  following discovery plan and deadlines:

24          1.      Rule 26(a)(1) Initial Disclosures: **June 9, 2023**

25          2.      Amend Pleadings and Add Parties: **July 25, 2023**

26          3.      Rule 26(a)(2) Disclosures (Experts):

27                  a.   Initial Expert Disclosure: **August 24, 2023**

28                  b.   Rebuttal Expert Disclosure: **September 22, 2023**

4875-1049-6868.2

1    4.    Close of Discovery: **October 26, 2023**

2    5.    Dispositive Motions: **November 22, 2023**

3    6.    Pretrial Order: **December 22, 2023**

4    The disclosures that Rule 26(a)(3) requires will be made in the joint pretrial order. If
5    dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until
6    30 days after decision on the dispositive motions or further court order.

7    <u>Subjects of Discovery</u>. The parties are not requesting any limitations on discovery at this
8    time, but reserve their right to file a protective order under Rule 26(c) regarding any discovery
9    request.

10    <u>Protective Orders</u>. AmGUARD anticipates the production of confidential, trade secret, and
11    commercially sensitive information during the pendency of this action. As such, AmGUARD
12    may request for the Court to enter a protective order to govern the use and disclosure of
13    information that is deemed confidential, trade secret, and commercially sensitive information and
14    documents.

15    <u>Settlement.</u> The parties have engaged in settlement discussions.

16    <u>Later Appearing Parties</u>. Garcia shall serve a copy of this discovery plan and scheduling
17    order on any later appearing party within five days of the party's appearance. The discovery plan
18    and scheduling order shall apply to any later appearing party unless the court, on motion and for
19    good cause show, orders otherwise.

20    <u>Extension or Modification of the Discovery Plan and Scheduling Order</u>. Local Rule 26-3
21    governs modifications or extensions to this discovery plan and scheduling order.

22    <u>Alternative Dispute Resolution</u>. The parties certify that they met and conferred about
23    the possibility of using alternative dispute-resolution processes including mediation, arbitration,
24    and if applicable, early neutral evaluation.

25    <u>Alternative Forms of Case Disposition</u>. The parties certify that they considered
26    consent to trial by a magistrate judge under 28 U.S.C. § 636(c) and Fed. Civ. P.
27    73 and the use of the Short Trial Program (General Order 2013-01).

28    <u>Electronic Service.</u> The parties agree that pursuant to Rules 5(b)(2)(E) and

1    6(d) of the Federal Rules of Civil Procedure any pleadings or other papers may be

2    served by sending such documents by email. To accomplish electronic service on AmGUARD,

3    any documents served by email must include the following email recipients:

4    stephen.erigero@ropers.com; timothy.lepore@ropers.com; julie.mcelligott@ropers.com; and

5    calendar-lao@ropers.com.

6         Electronically Stored Information: The parties have discussed the retention and production

7    of electronic data. The parties stipulate and agree that all discoverable documents will be

8    produced in electronic format as Portable Document Format ("PDF") files or Tiff. images, or at

9    the request of either party, in native format to the extent it does not impose an undue burden on

10   the producing party, and with optical text recognition (electronically searchable text) as

11   reasonably practicable. The parties further agree that the "parent-child relationships" between

12   documents will be preserved when documents are produced (e.g., e-mails and their attachments

13   will be produced together with consecutive bates numbers) as reasonably practicable.

14        Electronic Evidence: The parties intend to present evidence in electronic format to jurors

15   for the purposes of jury deliberations at trial. The parties discussed the presentation of evidence

16   for juror deliberations, but did not reach any stipulations as to the method as this early stage.

17                                    **ORDER**

18   **IT IS SO ORDERED.**

19                                    _____

20                                    UNITED STATES MAGISTRATE JUDGE

21                                    Dated: May 22, 2023

22

23

24

25

26

27

28

4875-1049-6868.2                          - 3 -